# United States District Court
# Central District of Illinois

## Notification of Party Contact Information

**Case Number:** 23CV03340

**Case Title:** Donald Erthal and Carmen Erthal, Plaintiffs vs. Menard, Inc., Defendant

**Judge:** Collen Lawless

**Name of Attorney submitting the motion to withdraw:**
Grady E. Holley / Holley, Rosen & Beard, LLC

**Name of Client:** Donald and Carmen Erthal

**Mailing address of Client:** 24 Elizabeth Place

**City:** Jacksonville     **State:** Illinois

**Zip:** 62650     **Telephone Number:** 217-473-7711